# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00708-CR

### Adrian John San Miguel, Appellant

### v.

### The State of Texas, Appellee

### FROM THE DISTRICT COURT OF MILAM COUNTY, 20TH JUDICIAL DISTRICT
### NO. 18,348, HONORABLE CHARLES E. LANCE, JUDGE PRESIDING

**PER CURIAM**

Adrian John San Miguel seeks to appeal his conviction for burglary of a building. Sentence was imposed on August 10, 1995. Notice of appeal was filed on October 18, 2000, over five years late. *See* Tex. R. App. P. 26.2(a)(1). Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Dismissed for Want of Jurisdiction

Filed: November 16, 2000

Do Not Publish